**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | DFW Wings, Inc. |
| 2. | All other names debtor used in the last 8 years | dba Buffalo Wings & Rings |
| | Include any assumed names, trade names and *doing business as* names | |

3. Debtor's federal Employer Identification Number (EIN)

3 8 – 3 9 7 6 2 1 8

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2150 E. Lamar Blvd** | **1603 Fairfax Dr.** |
| Number   Street | Number   Street |
| **Ste 110** | |
| | P.O. Box |
| **Arlington**   **TX**   **76006** | **Mansfield**   **TX**   **76063** |
| City   State   ZIP Code | City   State   ZIP Code |
| **Tarrant** | Location of principal assets, if different from principal place of business |
| County | |
| | Number   Street |
| | City   State   ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __DFW Wings, Inc._____  Case number (if known) _____

**7.  Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                                                MM / DD / YYYY
            District _____  When _____  Case number _____
                                                                MM / DD / YYYY
            District _____  When _____  Case number _____
                                                                MM / DD / YYYY

Debtor   **DFW Wings, Inc.** _____   Case number (if known) _____

| | |
|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | ☐ Yes.   Debtor _____   Relationship _____ |
| List all cases. If more than 1, attach a separate list. | District _____   When _____   MM / DD / YYYY |
| | Case number, if known _____ |
| | |
| | Debtor _____   Relationship _____ |
| | District _____   When _____   MM / DD / YYYY |
| | Case number, if known _____ |

11. **Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

## ■ Statistical and adminstrative information

13. **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor   **DFW Wings, Inc.**          Case number (if known) _____

| 14. | Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|-----|-----|-----|-----|-----|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |
| 15. | Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|-----|-----|-----|
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **08/07/2019**
          MM / DD / YYYY

X **/s/ William Melton**            **William Melton**
   Signature of authorized representative of debtor    Printed name

Title   **President**

| 18. | Signature of attorney | X **/s/ Behrooz P. Vida**      Date **08/07/2019** |
|-----|-----|-----|
| | | Signature of attorney for debtor      MM / DD / YYYY |

**Behrooz P. Vida**
Printed name

**The Vida Law Firm, PLLC**
Firm name

**3000 Central Drive**
Number      Street

**Bedford**          **TX**      **76021**
City          State      ZIP Code

**(817) 358-9977**
Contact phone          Email address

**20578040**          **TX**
Bar number          State

**Fill in this information to identify the case**

Debtor name __**DFW Wings, Inc.**__

United States Bankruptcy Court for the: __**NORTHERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.  **Cash on hand**

$0.00

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Frost Bank** | **Checking account** | 1 7 3 3 | $1,268.00 |
| 3.2. **Simmons Bank; checking account** | **Checking account** | 2 8 7 0 | $57,057.00 |

4.  **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$58,325.00

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

Debtor    **DFW Wings, Inc.**    Case number (if known) _____
_____
Name

**7.    Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit                                                                    Current value of
                                                                                                                                        debtor's interest

7.1.    **Ballpark Development, LLC** _____    $16,207.00

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.    Total of Part 2.**                                                                                                            $16,207.00
        Add lines 7 through 8.  Copy the total to line 81.

## Part 3:  Accounts receivable

**10.    Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
☑  Yes.  Fill in the information below.

                                                                                                                                        Current value of
**11.    Accounts receivable**                                                                                            debtor's interest

11a.  90 days old or less:    **$4,800.00**    −    **$0.00**    = ..............➔    $4,800.00
                                          face amount                    doubtful or uncollectible accounts

11b.  Over 90 days old:    **$0.00**    −    **$0.00**    = ..............➔    $0.00
                                      face amount                    doubtful or uncollectible accounts

**12.    Total of Part 3**                                                                                                        $4,800.00
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:   Investments

**13.    Does the debtor own any investments?**

☑  No.  Go to Part 5.
☐  Yes.  Fill in the information below.

                                                                                        Valuation method            Current value of
                                                                                        used for current value      debtor's interest
**14.    Mutual funds or publicly traded stocks not included in Part 1**

        Name of fund or stock:

**15.    Non-publicly traded stock and interests in incorporated and unincorporated
        businesses, including any interest in an LLC, partnership, or joint venture**

        Name of entity:                                        % of ownership:

**16.    Government bonds, corporate bonds, and other negotiable and
        non-negotiable instruments not included in Part 1**

        Describe:

**17.    Total of Part 4**                                                                                                        $0.00
        Add lines 14 through 16.  Copy the total to line 83.

## Part 5:   Inventory, excluding agriculture assets

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☐  No.  Go to Part 6.
☑  Yes.  Fill in the information below.

Debtor    **DFW Wings, Inc.** _____    Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| perishable food | | | | $12,599.09 |
| beer, wine, liquor | | | | $7,744.61 |
| "other beverages" | | $750.00 | | $0.00 |
| disposable cups, plates, etc. | | | | $1,000.00 |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$21,343.70

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  _Examples:_ Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

Debtor  **DFW Wings, Inc.**                                    Case number (if known) _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Oracle micros workstations** | $2,000.00 | | $0.00 |

**42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                              $0.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☒ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

Debtor    __DFW Wings, Inc._____    Case number (if known) _____
          Name

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **equipment, furniture, audio-visual: video control system, Perlick Beer system, bar equipment, ice machine, kitchen shelving, walk-in combo, walk-in beer cooler, sinks & plumbing, reach-in refrigerator, fryers & cooking equipment, dining room furniture, smallwares, computer screens & POS, outdoor signage, 59 dining room tables with stools and chairs. itemized list of equipment, furniture, fixtures, etc. can be furnished upon request** | | | **$75,000.00** |
| **Audio Specialists- 34 large screen televisions** | **$5,000.00** | | **$0.00** |

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$75,000.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 9:   Real property

**54.  Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes.  Fill in the information below.

Debtor   **DFW Wings, Inc.**                                          Case number (if known) _____
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **Facebook page, Twitter, Google my Business** | | | **$0.00** |
| **62.  Licenses, franchises, and royalties** | | | |
| **Alcohol license:  TABC # MB-941118 non-transferable** | | | **$0.00** |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **DFW Wings Inc.com** | **$250.00** | | **$0.00** |
| **65.  Goodwill** | | | |
| **66.  Total of Part 10.** Add lines 60 through 65.  Copy the total to line 89. | | | **$0.00** |

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:   All other assets**

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.  Notes receivable** | |
| Description (include name of obligor) | |
| **72.  Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73.  Interests in insurance policies or annuities** | |
| **Mass Mutual; term life policy insuring the life of Christina A. Melton; face value:$1.5M; no cash value; policy pledged as collateral to The Bancorp** | **$0.00** |
| **Trans America; term life policy insuring the life of William B. Melton; face value:$1.5M; no cash value; policy pledged as collateral to The Bancorp** | **$0.00** |

Debtor   __**DFW Wings, Inc.**_____   Case number (if known) _____
       Name

**74. Causes of action against third parties** (whether or not a lawsuit has been filed)

**75. Other contingent and unliquidated claims or causes of action of every nature,**
     **including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.

| | |
|---|---|
| | **$0.00** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$58,325.00** | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | **$16,207.00** | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | **$4,800.00** | |
| **83. Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84. Inventory.** *Copy line 23, Part 5.* | **$21,343.70** | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$75,000.00** | |
| **88. Real property.** *Copy line 56, Part 9.* ............................................ ➜ | | **$0.00** |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90. All other assets.** *Copy line 78, Part 11.* | **+ $0.00** | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | **$175,675.70** | **+** 91b. **$0.00** |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................................................... **$175,675.70**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **DFW Wings, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1.   Do any creditors have claims secured by debtor's property?**

☐   No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑   Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.   List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name**<br>**The Bancorp** | **Describe debtor's property that is<br>subject to a lien** | $1,348,600.00 | $75,000.00 |
| --- | --- | --- | --- |

**Creditor's mailing address**
**409 Silverslide Road, Ste 105**

equipment,  furniture, audio-visual, life, etc.

**Describe the lien**

**Agreement**

**Wilmington        DE    19809**

**Is the creditor an insider or related party?**

☑   No
☐   Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐   No
☑   Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**    **12/4/2015**

**Last 4 digits of account**
**number**          **0   0   8   0**

**As of the petition filing date, the claim is:**
Check all that apply.

☑   Contingent
☑   Unliquidated
☑   Disputed

**Do multiple creditors have an interest in**
**the same property?**

☑   No
☐   Yes.  Specify each creditor, including this
creditor, and its relative priority.

**The Bankcorp Bank vs. DFW Wings, Inc. d/b/a Buffalo Wings & Rings, William Bartlett Melton and Christine Ann Melton; Case No. 141-306852-19**

**itemized list of equipment, furniture, fixtures, etc. can be furnished upon request**

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the**
**Additional Page, if any.**                                                    $1,348,600.00

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **DFW Wings, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,100.00** | **$25,100.00** |
|---|---|---|---|

**Internal Revenue Service**

**1100 Commerce Street**

**Stop MC5026DAL**

| **Dallas**                    **TX**    **75242** | |
|---|---|

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**941 tax liability; 1st qtr. 2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** | **$25,000.00** |
|---|---|---|---|

**Internal Revenue Service**

**1100 Commerce Street**

**Stop MC5026DAL**

| **Dallas**                    **TX**    **75242** | |
|---|---|

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**941 tax liability; 2nd qtr 2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **DFW Wings, Inc.** _____      Case number (if known) _____

| **Part 1:** | **Additional Page** |

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

|  | **Total claim** | **Priority amount** |

**2.3**   **Priority creditor's name and mailing address**

**Internal Revenue Service**

**1100 Commerce Street**

**Stop MC5026DAL**

_____

**Dallas**                       **TX**      **75242**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __**8**__ )

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**941 tax liability; 3rd qtr 2018** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**   $18,000.00

**Priority amount**   $18,000.00

Debtor    **DFW Wings, Inc.** _____    Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**    **Nonpriority creditor's name and mailing address**

**American Express**

**PO Box 650448**

_____

**Dallas**              **TX**    **75265**

**Date or dates debt was incurred**

**Last 4 digits of account number**    **1   0   0   1**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Credit Account**

**Is the claim subject to offset?**

☑ No
☐ Yes

$14,938.00

**3.2**    **Nonpriority creditor's name and mailing address**

**Buffalo Wings & Rings, LLC**

**4628 Aicholtz Road**

_____

**Cincinnati**              **OH**    **45244**

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Franchise Agreement**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**franchise royalty fees & corp marketing fees**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

**3.3**    **Nonpriority creditor's name and mailing address**

**Celtic Bank Corporation**

**268 South State St.**

**Suite 300**

**Salt Lake City**              **UT**    **84111**

**Date or dates debt was incurred**    **1/23/18**

**Last 4 digits of account number**    **6   4   7   4**

**Loan marketed and serviced by Swift Financial, LLC**
**Disputed as to accuracy of amount claimed by Lender**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Loan**

**Is the claim subject to offset?**

☑ No
☐ Yes

$33,288.00

| Debtor | **DFW Wings, Inc.** | | | Case number (if known) | |
|---|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.4**  Nonpriority creditor's name and mailing address

**Celtic Bank Corporation**

**268 South State St.**

**Suite 300**

**Salt Lake City**            **UT      84111**

Date or dates debt was incurred

Last 4 digits of account number      __  __  __  __

**Loan marketed and serviced by Kabage**
**Disputed as to accuracy of amount claimed by Lender**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$73,604.00

---

**3.5**  Nonpriority creditor's name and mailing address

**Chase**

**PO Box 15123**

**Wilmington**            **DE      19850**

Date or dates debt was incurred

Last 4 digits of account number      **3   0   4   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Account**

Is the claim subject to offset?
☑ No
☐ Yes

$16,232.00

---

**3.6**  Nonpriority creditor's name and mailing address

**Chris J. Keegan**

**Parker, Simon & Kokolis, LLC**

**110 North Washington St., Ste 500**

**Rockville**            **MD      20850**

Date or dates debt was incurred

Last 4 digits of account number      __  __  __  __

**QuarterSpot, Inc. vs. DFW Wings and William Melton;**
**Case No. CL18-3308**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

| Debtor | **DFW Wings, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.7**    Nonpriority creditor's name and mailing address

**Devlin, Naylor & Turbyfill, PLLC**

**Donald Turbyfill**

**5120 Woodway, Ste 9000**

**Houston**                          **TX**        **77056-1725**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **Unknown**

The Bankcorp Bank vs. DFW Wings, Inc. d/b/a Buffalo Wings & Rings, William Bartlett Melton and Christine Ann Melton

---

**3.8**    Nonpriority creditor's name and mailing address

**Everst Business Funding**

**8200 NW 52nd Terrace**

**2nd Floor**

**Doral**                          **FL**        **33166**

Date or dates debt was incurred

Last 4 digits of account number        **4   5   3   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Merchant cash advance**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$48,931.00**

Disputed as to accuracy of amount claimed by Lender

---

**3.9**    Nonpriority creditor's name and mailing address

**QuarterSpot, Inc.**

**4601 N. Fairfax Dr.**

**St # 1120**

**Arlington**                          **VA**        **22203**

Date or dates debt was incurred        **2/22/2018**

Last 4 digits of account number        **7   2   6   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$103,039.00**

QuarterSpot, Inc. vs. DFW Wings and William Melton; Case No. CL18-3308

---

**3.10**    Nonpriority creditor's name and mailing address

**Small Business Administration**

**4300 Amon Carter Blvd, Suite 114**

**Fort Worth**                          **TX**        **76155**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$0.00**

---

Debtor   **DFW Wings, Inc.**                                          Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.   **Total claims from Part 1**                                    5a.   _____**$68,100.00**

5b.   **Total claims from Part 2**                                    5b. **+** _____**$290,032.00**

5c.   **Total of Parts 1 and 2**                                      5c.   _____**$358,132.00**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name          **DFW Wings, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)                                              Chapter    **11**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | dishwasher<br>**Contract to be ASSUMED** | **Auto Chlor**<br>**PO Box 4869** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston**                  **TX**        **77210-4869** |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | business lease space:<br>**DFW Wings, Inc.**<br>**2150 E. Lamar Blvd**<br>**Ste 110**<br>**Arlington, Texas  76006** | **Ballpark Development, LLC**<br>**2500 NE Green Oaks Blvd.**<br>**Ste 200** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **Arlington**                  **TX**        **76006** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement<br>**Contract to be ASSUMED** | **Buffalo Wings & Rings, LLC**<br>**4628 Aicholtz Road** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cincinnati**                  **OH**        **45244** |

| Debtor | **DFW Wings, Inc.** | Case number (if known) | |
|---|---|---|---|

### ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4**

| State what the contract or lease is for and the nature of the debtor's interest | merchant credit card processing Contract to be ASSUMED | Heartland |
|---|---|---|
| | | One Heartland Way |
| State the term remaining | | |
| List the contract number of any government contract | | Jeffersonville      IN      47130 |

**2.5**

| State what the contract or lease is for and the nature of the debtor's interest | Golden Tea Golf Game Juke Box Contract to be REJECTED | Ultimate Amusements |
|---|---|---|
| | | 429 Doral Pl |
| State the term remaining | | |
| List the contract number of any government contract | | Garland      TX      75043 |

**Fill in this information to identify the case:**

Debtor name    **DFW Wings, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                 12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.    **Does the debtor have any codebtors?**

    ☐    No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☑    Yes

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules *that apply:* |
| 2.1  **William & Christine Melton** | **1603 Fairfax Dr.** <br> Number    Street <br><br> **Mansfield    TX    76063** <br> City    State    ZIP Code | **Everst Business Funding** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2  **William & Christine Melton** | **1603 Fairfax Dr.** <br> Number    Street <br><br> **Mansfield    TX    76063** <br> City    State    ZIP Code | **Celtic Bank Corporation** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3  **William & Christine Melton** | **1603 Fairfax Dr.** <br> Number    Street <br><br> **Mansfield    TX    76063** <br> City    State    ZIP Code | **The Bancorp** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4  **William & Christine Melton** | **1603 Fairfax Dr.** <br> Number    Street <br><br> **Mansfield    TX    76063** <br> City    State    ZIP Code | **Ballpark Development, LLC** | ☐ D <br> ☐ E/F <br> ☑ G |

| Debtor | **DFW Wings, Inc.** | Case number (if known) | |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
|---|---|---|---|---|
| **2.5** | **William & Christine Melton** | **1603 Fairfax Dr.** <br> Number   Street <br><br> **Mansfield**   **TX**   **76063** <br> City    State  ZIP Code | **Buffalo Wings & Rings, LLC** | ☐ D <br> ☐ E/F <br> ☑ G |
| **2.6** | **William Melton** | **1603 Fairfax Dr.** <br> Number   Street <br><br> **Mansfield**   **TX**   **76063** <br> City    State  ZIP Code | **QuarterSpot, Inc.** | ☐ D <br> ☑ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name  **DFW Wings, Inc.**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

| **Part 1:** | **Summary of Assets** |
|---|---|

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B.................................................................... | **$0.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B................................................................ | **$175,675.70**

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B.................................................................. | **$175,675.70**

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$1,348,600.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | **$68,100.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................... | **+ $290,032.00**

4.  **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................. | **$1,706,732.00**

**Fill in this information to identify the case and this filing:**

Debtor Name          **DFW Wings, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/07/2019**          X **/s/ William Melton**
         MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                         **William Melton**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name  **DFW Wings, Inc.**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2019** to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | **$1,145,132.00** |
| For prior year: | From **01/01/2018** to **12/31/2018**<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other | **$1,922,100.00** |
| For the year before that: | From **01/01/2017** to **12/31/2017**<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other | **$1,554,187.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

---

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Ballpark Development, LLC**<br>Creditor's name<br>**2500 NE Green Oaks Blvd.**<br>Street<br>**Ste 200**<br><br>**Arlington          TX     76006**<br>City          State    ZIP Code | **monthly<br>last 90<br>days** | **$40,944.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **business lease rent** |

| Debtor | **DFW Wings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Buffalo Wings & Rings, LLC**<br>Creditor's name<br>**4628 Aicholtz Road**<br>Street<br><br>**Cincinnati**        **OH**    **45244**<br>City                State    ZIP Code | **May 2019 -<br>July 2019**<br><br>**paid<br>weekly thru<br>ACH** | **$28,252.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **royalties & marketing f** |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.3. **Ben E. Keith**<br>Creditor's name<br>**PO Box 1570**<br>Street<br><br>**Fort Worth**        **TX**    **76101**<br>City                State    ZIP Code | **May 2019 -<br>July 2019** | **$128,587.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☑ Other  **Food Vendor** |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.4. **Chase**<br>Creditor's name<br>**PO Box 15123**<br>Street<br><br>**Wilmington**        **DE**    **19850**<br>City                State    ZIP Code | **May 2019 -<br>July 2019** | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **credit card** |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.5. **State of Texas**<br>Creditor's name<br><br>Street<br><br><br>City                State    ZIP Code | **May 2019 -<br>July 2019** | **$32,948.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **sales/liquor tax** |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.6. **American Express**<br>Creditor's name<br>**PO Box 650448**<br>Street<br><br>**Dallas**        **TX**    **75265**<br>City                State    ZIP Code | **May 2019 -<br>July 2019** | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **credit card** |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7. **TXU Energy**<br>Creditor's name<br>**PO Box 650700**<br>Street<br><br>**Dallas**        **TX**    **75265-0700**<br>City                State    ZIP Code | **May 2019 -<br>July 2019** | **$9,216.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

Debtor    **DFW Wings, Inc.**    Case number (if known) _____
_____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Check all that apply

3.8. **Liberty Mutual Insurance**    **May 2019 -**    **$9,021.67**
Creditor's name    **July 2019**
**NFC Property & Casualty**
Street
**78 VT Route 15 W**

**Morrisville,**    **UT**    **05661-8595**
City    State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   **liability insurance pren**

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

5.   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

6.   **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **QuarterSpot, Inc. vs. DFW Wings and William Melton** | | **Circuit Court for Arlington County** Name **Virginia** Street | ☑ Pending ☐ On appeal ☐ Concluded |
| Case number **CL18-3308** | | City    State    ZIP Code | |
| 7.2. **The Bankcorp Bank vs. DFW Wings, Inc. d/b/a Buffalo Wings & Rings, William Bartlett Melton and Christine Ann Melton** | **business debt collection** | **141st Judicial District Court** Name **Tarrant County, Texas** Street | ☑ Pending ☐ On appeal ☐ Concluded |
| Case number **141-306852-19** | | City    State    ZIP Code | |

| Debtor | **DFW Wings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Vida Law Firm, PLLC** | **Legal Services Rendered to client from 7/12/2018 through 8/6/2019 in the amount of $6,633.75** | **09/21/2018 ($6,000.00)** | |
| | **Address** | | **06/03/2019 ($15,717.00)** | |
| | **3000 Central Drive** | **Chapter 11 fee of $14,366.25** | | |
| | Street | **Filing Fee of $1,717.00** | | |
| | | | | |
| | **Bedford**        **TX**    **76021** | | | |
| | City                State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor     **DFW Wings, Inc.**_____     Case number (if known) _____
                Name

13. **Transfers not already listed on this statement**

   List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

   ☑ None

## Part 7:    Previous Locations

14. **Previous addresses**

   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☑ Does not apply

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**

   Is the debtor primarily engaged in offering services and facilities for:

   ■ diagnosing or treating injury, deformity, or disease, or

   ■ providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☑ No.  Go to Part 9.
   ☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes.  State the nature of the information collected and retained  _____

          Does the debtor have a privacy policy about that information?
          ☐ No.
          ☐ Yes.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No.  Go to Part 10.
   ☐ Yes.  Does the debtor serve as plan administrator?
          ☐ No.  Go to Part 10.
          ☐ Yes.  Fill in below:

Debtor    **DFW Wings, Inc.**                                    Case number (if known) _____
      Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Chase**<br>Name<br><br>Street<br><br><br>City    State  ZIP Code | **XXXX- 7  6  1  5** | ☑ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **8/1/18** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Ultimate Amusements**<br>Name<br>**Mauricio Segoviano**<br>Street<br><br><br>City    State  ZIP Code | **2150 E. Lamar Blvd**<br><br>**Ste 110**<br><br>**Arlington    TX   76006** | **Golden Tea Golf Game (video game)**<br>**Juke Box** | |

| Debtor | **DFW Wings, Inc.** | Case number (if known) | _____ |
|--------|---------------------|------------------------|---------------|
| | Name | | |

<span style="background:black;color:white">**Part 12:**</span>   **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

24.   **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

<span style="background:black;color:white">**Part 13:**</span>   **Details About the Debtor's Business or Connections to Any Business**

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

26.   **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | **Name and address** | | **Dates of service** | | |
|---|----------------------|---|---------------------|---|---|
| 26a.1. | **William B. Melton** | | From  **10/2016** | To | **present** |
| | Name | | | | |
| | **1603 Fairfax Dr.** | | | | |
| | Street | | | | |
| | **Mansfield**        **TX**    **76063** | | | | |
| | City        State    ZIP Code | | | | |

| Debtor | **DFW Wings, Inc.** | Case number (if known) | |
|--------|---------------------|------------------------|--|
| | Name | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **BWR, LLC**
Name
**564 Old St RT 74**
Street

| **Cincinnati** | **OH** | **45244** |
|----------------|--------|-----------|
| City | State | ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes.  Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|--------------------------------------------------------------------|-----------------------|----------------------------------------------------------------------------------|
| **Jay Quintana** | thly; SEE Sch | |

**Name and address of the person who has possession of inventory records**

27.1.  **Debtor take inventory on a monthly basis**
Name
**copies of any and all inventories can be**
Street
**furnished upon request**

| | | |
|--|--|--|
| City | State | ZIP Code |

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|-----------------------|
| **William B. Melton** | **1603 Fairfax Dr. Mansfield , TX 76063** | **President** | **51%** |
| **Christine A. Melton** | **1603 Fairfax Dr. Mansfield , TX 76063** | **Vice-President** | **49%** |

Debtor  **DFW Wings, Inc.**  _____  Case number (if known) _____
Name

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **William Melton**<br>Name<br>**1603 Fairfax Dr.**<br>Street<br><br>**Mansfield       TX    76063**<br>City        State   ZIP Code<br><br>**Relationship to debtor**<br>**President** | **annual salary**<br>**$65,000.00** | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Christine Melton**<br>Name<br>**1603 Fairfax Dr.**<br>Street<br><br>**Mansfield       TX    76063**<br>City        State   ZIP Code<br><br>**Relationship to debtor**<br>**Vice-President** | **annual salary**<br>**$20,000.00** | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Debtor | **DFW Wings, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

## Part 14:    Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/07/2019**
            MM / DD / YYYY

**X** **/s/ William Melton**                                    Printed name   **William Melton**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor   **President**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **DFW Wings, Inc.**

CASE NO

CHAPTER   **11**

# DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND B.R. 2016(B)

|  |  |
|---|---|
| **Amount paid:** | $14,000.00 |
| **Amount to be paid through the plan:** | $0.00 |
| **Amount to be paid outside the plan:** | |
| **Property transferred to attorney:** | None |
| **Collateral held by attorney:** | None |
| **Source of compensation:** | Current wages |

*I certify that I am the attorney for the above named debtor, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition, is as indicated above.*

*I further certify that the Debtor has been informed and has agreed that the compensation paid shall include the following legal services:  (a) All conferences with the Debtor; (b) Preparation of Petition and Schedules; (c) Attendance at 341 First Meeting and attendance at reaffirmation and/or confirmation hearings; (d) Preparation of routine motions.*

*I have not agreed to share this compensation with any person other than members of the firm.*

Date  8/7/2019

  /s/ Behrooz P. Vida

**Behrooz P. Vida**                    Bar No.  **20578040**
The Vida Law Firm, PLLC
3000 Central Drive
Bedford, TX 76021
Phone: (817) 358-9977 / Fax: (817) 358-9988

**Fill in this information to identify the case:**

Debtor name **DFW Wings, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which
the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do
not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the
creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  The Bancorp 409 Silverslide Road, Ste 105 Wilmington, DE  19809 | | | Contingent Unliquidated Disputed | $1,348,600.00 | $75,000.00 | $1,273,600.00 |
| 2  QuarterSpot, Inc. 4601 N. Fairfax Dr. St # 1120 Arlington, VA  22203 | | Loan | | | | $103,039.00 |
| 3  Celtic Bank Corporation 268 South State St. Suite 300 Salt Lake City, UT  84111 | | Loan | Disputed | | | $73,604.00 |
| 4  Everst Business Funding 8200 NW 52nd Terrace 2nd Floor Doral, FL  33166 | | Merchant cash advance | Disputed | | | $48,931.00 |
| 5  Celtic Bank Corporation 268 South State St. Suite 300 Salt Lake City, UT  84111 | | Loan | Disputed | | | $33,288.00 |

| Debtor | **DFW Wings, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Internal Revenue Service 1100 Commerce Street Stop MC5026DAL Dallas, TX 75242 | | 941 tax liability; 1st qtr. 2019 | | | | $25,100.00 |
| 7  Internal Revenue Service 1100 Commerce Street Stop MC5026DAL Dallas, TX 75242 | | 941 tax liability; 2nd qtr 2019 | | | | $25,000.00 |
| 8  Internal Revenue Service 1100 Commerce Street Stop MC5026DAL Dallas, TX 75242 | | 941 tax liability; 3rd qtr 2018 | | | | $18,000.00 |
| 9  Chase PO Box 15123 Wilmington, DE 19850 | | Credit Account | | | | $16,232.00 |
| 10  American Express PO Box 650448 Dallas, Texas 75265 | | Credit Account | | | | $14,938.00 |
| 11  Small Business Administration 4300 Amon Carter Blvd, Suite 114 Fort Worth, Texas 76155 | | Notice Only | | | | $0.00 |
| 12  Devlin, Naylor & Turbyfill, PLLC Donald Turbyfill 5120 Woodway, Ste 9000 Houston, Texas 77056- | | Attorneys fees | Contingent Unliquidated Disputed | | | $0.00 |
| 13  Chris J. Keegan Parker, Simon & Kokolis, LLC 110 North Washington St., Ste 500 Rockville, Maryland | | Attorneys fees | | | | $0.00 |

Debtor    **DFW Wings, Inc.** _____    Case number (if known) _____

       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 14 Buffalo Wings & Rings, LLC<br>4628 Aicholtz Road<br>Cincinnati, OH  45244 | | franchise royalty fees & corp marketing fees | | | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **DFW Wings, Inc.**                                        CASE NO

                                                                    CHAPTER   **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  8/7/2019 _____        Signature  _/s/ William Melton_____
                                                         *William Melton*
                                                         *President*


Date _____        Signature _____

American Express
PO Box 650448
Dallas, Texas  75265

Auto Chlor
PO Box 4869
Houston, Texas  77210-4869

Ballpark Development, LLC
2500 NE Green Oaks Blvd.
Ste 200
Arlington, Texas  76006

Buffalo Wings & Rings, LLC
4628 Aicholtz Road
Cincinnati, OH  45244

Celtic Bank Corporation
268 South State St.
Suite 300
Salt Lake City, UT  84111

Chase
PO Box 15123
Wilmington, DE 19850

Chris J. Keegan
Parker, Simon & Kokolis, LLC
110 North Washington St., Ste 500
Rockville, Maryland  20850

CHTD CompanyVia US Mail
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Damian Kozlowski, CEO & PresidentVia C
The Bancorp Bank
409 Silverside Road
Wilmington, Delaware 19809

Devlin, Naylor & Turbyfill, PLLC
Donald Turbyfill
5120 Woodway, Ste 9000
Houston, Texas  77056-1725


Donna Webb, Asst. U.S. Attorney
801 Cherry St., Unit 4
Fort Worth, Texas 76102


Everest Business Funding
c/o Michael Kennedy
Lincoln & Morgan
600 W. Broadway, Ste 700
San Diego, CA  92101

Everst Business Funding
8200 NW 52nd Terrace
2nd Floor
Doral, FL  33166


Heartland
One Heartland Way
Jeffersonville, IN  47130


Internal Revenue Service
1100 Commerce Street
Stop MC5026DAL
Dallas, TX  75242


Internal Revenue Service Center
PO Box 7346
Philadelphia, PA  19101-7346


Kabbage
P.O. Box 77081
Atlanta, GA 30357


Lincoln & Morgan
Joe Nelson, Sr. Litigation Coordinator
600 W. Broadway Ste 700
San Diego, CA  92101

Loanbuilder Arbitration Opt-Out
c/o Swift Financial
3505 Silverside Road
Wilmington, DE  19810


QuarterSpot, Inc.
4601 N. Fairfax Dr.
St # 1120
Arlington, VA  22203


QuarterSpot, Inc.
2751 Prosperity Ave.
Suite 330
Fairfax VA  22031


Small Business Administration
4300 Amon Carter Blvd, Suite 114
Fort Worth, Texas  76155


Swift Financial, LLC
a subsidiary of PayPal, Inc.
3505 Silverside Road
Wilmington, DE  19810


The Bancorp
409 Silverslide Road, Ste 105
Wilmington, DE  19809


U.S. Attorney
Northern District of Texas
1100 Commerce Street, Room 300
Dallas, TX  75242


U.S. Attorney D.O.J
Maxus Tower- Tax Division
717 N. Harwood, Ste. 400
Dallas, TX 75201


U.S. Attorney General
Main Justice Building, Room 5111
10th & Constitution Av.
N.W.  Ste. 4400
Washington DC 20530

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX  75242-1496


Ultimate Amusements
429 Doral Pl
Garland, Texas  75043


William & Christine Melton
1603 Fairfax Dr.
Mansfield, Texas  76063


William Melton
1603 Fairfax Dr.
Mansfield, Texas  76063


Williams, Babbit & Weisman, Inc.
1001 Yamato Road
Ste 302
Boca Raton, Fl  33431

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:                                                                    CHAPTER   **11**
**DFW Wings, Inc.**


DEBTOR(S)                                                          CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Christine A. Melton 1603 Fairfax Dr. Mansfield, Texas  76063 | | | 49% |
| William B. Melton 1603 Fairfax Dr. Mansfield, Texas 76063 | | | 51% |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:___**8/7/2019**_____        Signature:___**/s/ William Melton**_____

                                                                                                        *William Melton*
                                                                                                        **President**